ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| K&K Industries, Inc. | ) ASBCA No. 62728 |
| | ) |
| Under Contract No. FA4418-15-C-0013 | ) |

APPEARANCE FOR THE APPELLANT:  William A. Scott, Esq.
   Pedersen & Scott, P.C.
   Charleston, SC

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
   Air Force Deputy Chief Trial Attorney
   Maj Allison K.W. Johnson, USAF
   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 12, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62728, Appeal of K&K Industries, Inc., rendered in conformance with the Board's Charter.

Dated:  May 12, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals